# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DEVERICK SCOTT, ADC #131042**                                        **PLAINTIFF**

v.                    **Case No. 4:20-cv-00077-KGB-BD**

**DEXTER PAYNE,** *et al.*                                             **DEFENDANTS**

## ORDER

Before the Court is the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere on March 18, 2020 (Dkt. No. 9). Judge Deere recommends that plaintiff Deverick Scott's claims, except for his deliberate-indifference claim against defendant Bland, be dismissed without prejudice. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Deere's conclusion.

Accordingly, the Court adopts the Partial Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law. The Court dismisses without prejudice Mr. Scott's claims against all defendants, except for his deliberate-indifference claim against defendant Bland.

It is so ordered this 7th of April, 2020.

                                                           *[signature]*
                                                           Kristine G. Baker
                                                           United States District Judge