**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DEVERICK SCOTT**                                                                              **PLAINTIFF**
**ADC #131042**

**v.**                                        **Case No. 4:20-cv-00077-KGB**

**ESTELLA BLAND**                                                                              **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 48).  Plaintiff Deverick Scott filed untimely objections to the Recommended Disposition on August 23, 2021 (Dkt. No. 49).  After careful consideration of the Recommended Disposition, Mr. Scott's objections, and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 48).  The Court grants defendant Estella Bland's motion for summary judgment (Dkt. No. 39).

The only remaining claim in this case was Mr. Scott's claim against Ms. Bland for alleged deliberate indifference during a medical encounter.  The Court has reviewed Mr. Scott's untimely objections, and they do not alter this Court's view of the record and controlling law.  By granting Ms. Bland's motion for summary judgment, the Court grants judgment in favor of Ms. Bland and against Mr. Scott, dismisses with prejudice Mr. Scott's claim against Ms. Bland, and denies Mr. Scott the relief he seeks.  The Court will enter a separate Judgment.

The Court grants Mr. Scott's motion for copies and directs the Clerk of Court to send to

Mr. Scott a copy of the docket sheet in this case (Dkt. No. 50).

It is so ordered this 15th day of February, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge