# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DEVERICK SCOTT**  **PLAINTIFF**
**ADC #131042**

v.　　　　　　　　　　Case No. 4:20-cv-00077-KGB

**ESTELLA BLAND**　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Deverick Scott's second amended complaint is dismissed (Dkt. No. 7). The Court denies the requested relief.

It is so adjudged this 15th day of February, 2022.

_____
Kristine G. Baker
United States District Judge